UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JASON BISHOP,

        Plaintiff

   v.                        C-1-13-258

SHERIFF, HAMILTON COUNTY,
*et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 21) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Report and Recommendation of the United States Magistrate Judge (doc. no. 21) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. This case is DISMISSED based upon plaintiff's failure to

keep the Court apprised of his current address, and corresponding failure to prosecute.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                              s/Herman J. Weber
                                     Herman J. Weber, Senior Judge
                                       United States District Court